IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYANT VICTORIA,

    Plaintiff,

v.                                                        No.: 1:23-cv-01156-WJ-JFR

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,

    Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon the Stipulation of the Parties for a Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff, BRYANT VICTORIA, against Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint as against Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, be and hereby is dismissed with prejudice as all claims in this matter have been resolved by the parties.

IT IS FURTHER ORDERED that all claims brought, or that could have been brought, between the parties are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

/s/
_____
THE HONORABLE WILLIAM P. JOHNSON
Senior United States District Judge

APPROVED BY:

STIFF, GARCIA & ASSOCIATES, LLC

By */s/ John S. Stiff (approved via email 6/6/25)*
Edward F. Snow, Esq.
John S. Stiff, Sr., Esq.
500 Marquette Ave. NW, Suite 1400
Albuquerque, New Mexico 87102-3274
 (505) 243-5755
esnow@stifflaw.com
jstiff@stifflaw.com
*Attorneys for Defendant*

-AND-

VANDENBOUT LAW, PLLC

*/s/ Lawrence A. VandenBout*
Lawrence A. VandenBout
VANDENBOUT LAW, PLLC
1550 Wewatta St., Floor 2
Denver, CO 80202
720-901-2984
Lawrence@vandenboutlaw.com
*Attorneys for Plaintiff*

2